IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RSG, INC., a South Dakota corporation, | ) | |
| R GROUP, INC., an Iowa corporation, | ) | |
| and RANDALL S. GOLDEN, an individual, | ) | |
| | ) | 8:06CV507 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SIDUMP'R TRAILER COMPANY, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Upon advice from Magistrate Judge Thomas D. Thalken that he has recused himself in this matter,

**IT IS ORDERED** this case is re-referred to Magistrate Judge F.A. Gossett, III, for judicial supervision and processing of all pretrial matters in accordance with the authorizing provision of 28 U.S.C. § 636, NELR 40.1(b)(2), 72.1 and 72.2.

DATED this 23rd day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, Chief Judge
United States District Court